**FILE COPY**



# COURT OF APPEALS

| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
|---|---|---|
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| SANDEE BRYAN MARION | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.4THCOA.COURTS.STATE.TX.US | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

March 26, 2013

Samuel V. Houston, III
Houston Dunn, PLLC
4040 Broadway Street, Suite 440
San Antonio, TX 78209

Juan Garcia Jr.
Law OFfice of Juan J. Garcia Jr.
1102 Scott Street
Laredo, TX 78040-6317

Elisamar Soto
Law Office of Elisamar Soto
719 Chihuahua, Suite 101
Laredo, TX 78040

RE:   Court of Appeals Number:   04-13-00189-CV       04-13-00190-CV
        Trial Court Case Number:   2012CVD00029-L1    2012CVD00028-L1
Style:      Gustavo Obregon                    Gustavo Obregon
          v.                              v.
          Rudolfo Mercado                Carlos Mercado

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Honorable Alvino (Ben) Morales
Ginny  Henderson
Margie Ramirez Ibarra



# Fourth Court of Appeals

## San Antonio, Texas

March 26, 2013

No. 04-13-00189-CV

Gustavo **OBREGON**,
Appellant

v.

Rudolfo **MERCADO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2012CVD00029-L1
Honorable Alvino (Ben) Morales, Judge Presiding

No. 04-13-00190-CV

Gustavo **OBREGON**,
Appellant

v.

Carlos **MERCADO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2012CVD00029-L1
Honorable Alvino (Ben) Morales, Judge Presiding

# O R D E R

Appellant has filed a motion to consolidate these appeals. We **grant** the motion. We **order** Appeal No. 04-13-00190-CV consolidated into Appeal No. 04-13-00189-CV. The appeals will proceed as one case under Appeal No. 04-13-00189-CV. The issues are to be argued together in one brief, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. The court will dispose of the case in one opinion, judgment, and mandate.

FILE COPY

We **order** the clerk of this court to ensure that copies of all filings and correspondence relating to Appeal No. 04-13-00190-CV are transferred to Appeal No. Appeal No. 04-13-00189-CV. The clerk is further ordered to administratively close Appeal No. 04-13-00190-CV.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2013.

_____
Keith E. Hottle, Clerk of Court



*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

March 26, 2013

No. 04-13-00189-CV

Gustavo **OBREGON**,
Appellant

v.

Rudolfo **MERCADO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2012CVD00029-L1
Honorable Alvino (Ben) Morales, Judge Presiding

No. 04-13-00190-CV

Gustavo **OBREGON**,
Appellant

v.

Carlos **MERCADO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2012CVD00029-L1
Honorable Alvino (Ben) Morales, Judge Presiding

# O R D E R

Appellant has filed a motion to consolidate these appeals. We **grant** the motion. We **order** Appeal No. 04-13-00190-CV consolidated into Appeal No. 04-13-00189-CV. The appeals will proceed as one case under Appeal No. 04-13-00189-CV. The issues are to be argued together in one brief, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. The court will dispose of the case in one opinion, judgment, and mandate.

FILE COPY

We **order** the clerk of this court to ensure that copies of all filings and correspondence relating to Appeal No. 04-13-00190-CV are transferred to Appeal No. Appeal No. 04-13-00189-CV.  The clerk is further ordered to administratively close Appeal No. 04-13-00190-CV.


/s/ Luz Elena D. Chapa
Luz Elena D. Chapa, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2013.


/s/ Keith E. Hottle
Keith E. Hottle, Clerk of Court


ENTERED THIS 26TH DAY OF March, 2013.

Vol. __ Page ____